UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEFEI LI,

JUDGMENT
07-CV-1147 (ILG)

Plaintiff,

-against-

MICHAEL CHERTOFF, officially as Secretary,
U.S. Department of Homeland Security;
EMELIO GONZALEZ, officially as Director,
U.S. Citizenship and Immigration Services;
EVELYN UPCHURCH, Director, Texas Service
Center, U.S. Citizenship and Immigration Services;
U.S. CITIZENSHIP AND IMMIGRATION
SERVICES TEXAS SERVICE CENTER;
U.S. CITIZENSHIP AND IMMIGRATION SERVICES;
ROBERT MUELLER, III, officially as Director, Federal
Bureau of Investigation: and the FEDERAL BUREAU
OF INVESTIGATION,

Defendants.
-----------------------------------------------------------------X

An Order of Honorable I. Leo Glasser, United States District Judge, having been filed on November 8, 2007, dismissing the action pursuant to Rule 41 of the Federal Rules of Civil Procedure; ordering that the dismissal is with prejudice; and each party is to bear its own costs, fees, including attorney's fees and disbursements; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the action is dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure; that the dismissal is with prejudice; and that each party is to bear its own costs, fees, including attorney's fees and disbursements.

Dated: Brooklyn, New York
       November 08, 2007

ROBERT C. HEINEMANN
Clerk of Court